# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   22−10061−KHK
**Chapter**   11
**Judge**   Klinette H. Kindred

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael Amichay Willner
 11521 Potomac Road
Lorton, VA 22079

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−3791

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on  May 11, 2022  in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 2/23/2022, Remote electronic access to the transcript is restricted until 08/9/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, LLC, Telephone number 973−406−2250.] [Transcript Purchased by Michael Amichay Willner.] (RE: related document(s) [38] Hearing held; motion granted;Order To Be Submitted(related document(s): 23 Motion to Convert Case to Chapter 7 by Trustee/US Trustee filed by John P. Fitzgerald, III) Appearances: Jack Frankel, Mary F. Balthasar Lake, Michael Amichay Willner Order/Disposition due by 03/09/2022. (chandlerkj), [39] Hearing held;Case Dismissed;Order To Be Submitted(related document(s): 21 Motion to Shorten Time filed by John P. Fitzgerald, III) Appearances: Jack Frankel, Mary F. Balthasar Lake, Michael Amichay Willner Order/Disposition due by 03/09/2022. (chandlerkj)). Notice of Intent to Request Redaction Deadline Due By 05/18/2022. Redaction Request Due By 06/1/2022. Redacted Transcript Submission Due By 06/13/2022. Transcript access will be restricted through 08/9/2022. (Gottlieb, Jason)

     The parties have [until  May 18, 2022] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [ June 1, 2022] [21 days from the date of filing of the transcript].

     If a request for redaction is filed, the redacted transcript is due [ June 13, 2022] [31 days from the date of filing of the transcript].

     If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [ August 9, 2022] [90 calendar days from the date of filing of the transcript] unless extended by court order.

     To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  May 11, 2022

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 22-10061-KHK

Michael Amichay Willner  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User:      Page 1 of 2

Date Rcvd: May 11, 2022      Form ID: redacttr      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15813600 | + | LOGS Legal Group LLP, 10021 Balls Ford Rd., Suite 200, Manassas, VA 20109-2666 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: mikewillner1@gmail.com | May 12 2022 00:27:00 | Michael Amichay Willner, 11521 Potomac Road, Lorton, VA 22079-4264 |
| 15813601 | | Email/Text: ClaimsHelp@Mohela.com | May 12 2022 00:26:00 | US Department of Education Mohela, P.O. Box 790233, St. Louis, MO 63179 |
| 15813599 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2022 00:27:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Dept., P.O. Box 65250, Salt Lake City, Utah 84165-0250 |
| 15813598 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 12 2022 00:27:00 | U.S. Bank NA, Attn: Global Securities and Trust Servi, 60 Livingston Ave., EP-MN-WS3D, St. Paul, MN 55107 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

**Name**      **Email Address**

District/off: 0422-9     User:     Page 2 of 2
Date Rcvd: May 11, 2022     Form ID: redacttr     Total Noticed: 5

Jack Frankel     on behalf of U.S. Trustee John P. Fitzgerald III jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov

John P. Fitzgerald, III     ustpregion04.ax.ecf@usdoj.gov

TOTAL: 2